ORIGINAL

7/18/02

**F I L E D**

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

JUL 0 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

Farnardo Anderson
_____
Plaintiff

v.

Gary Lopac, Nedra Chandler, Chris
Barnhart, Jackie Miller, & Roger
E. Walker Jr.
_____
Defendant(s)

CASE NUMBER **08 C 50 1 35**

JUDGE **Reinhard**

---

*Wherever ☐is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _Farnardo Anderson_____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal.  In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?      ☒Yes      ☐No  (If "No," go to Question 2)
    I.D. #__B42552_____ Name of prison or jail: Dixon C.C.
    Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $ 14.80

2.  Are you currently employed?      ☐Yes      ☒No
    Monthly salary or wages:____N/A____
    Name and address of employer: ____N/A_____

    a.    If the answer is "No":
          Date of last employment:___N/A___
          Monthly salary or wages:___N/A___
          Name and address of last employer: _N/A_____

    b.    Are you married?      ☐Yes      ☒No
          Spouse's monthly salary or wages:__N/A____
          Name and address of employer:____N/A_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.    Salary or wages                                            ☐Yes      ☒No
          Amount_____N/A_____  Received by____N/A____

b.  ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes  ☒No
Amount_____N/A_____Received by_____N/A_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes  ☒No
Amount_____N/A_____Received by_____N/A_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
    compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                          ☐Yes  ☒No
    Amount_____N/A_____Received by_____N/A_____

e.  ☐ Gifts or ☐ inheritances    ☐Yes  ☒No
    Amount_____N/A_____Received by_____N/A_____

f.  ☐Any other sources (state source:_____)  ☐Yes  ☒No
    Amount____N/A_____Received by_____N/A_____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or
    savings accounts?                    ☒Yes    ▰.    Total amount: ~~~~ $480.⁰⁰
    In whose name held:_____ ▰ MiNe_____ Relationship to you:____N/A_____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other
    financial instruments?                          ☐Yes    ☒No
    Property:_____N/A_____. Current Value:_____N/A_____
    In whose name held:_____N/A_____ Relationship to you:____N/A_____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments,
    condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
    Address of property:_____N/A_____
    Type of property:_____N/A_____ Current value:_____N/A_____
    In whose name held:_____N/A_____ Relationship to you:____N/A_____
    Amount of monthly mortgage or loan payments:__N/A_____
    Name of person making payments:_____N/A_____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
    homes or other items of personal property with a current market value of more than $1000?
                                                          ☐Yes    ☒No
    Property:___N/A_____
    Current value:___N/A_____
    In whose name held:___N/A_____ Relationship to you:__N/A_____

8.  List the persons who are dependent on you for support, state your relationship to each person and
    indicate how much you contribute monthly to their support. If none, check here ☒No dependents
                                      N/A
    _____
    _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __June 25, 2008__

FARNARDO ANDERSON
_____
Signature of Applicant

Farnardo Anderson
_____
(Print Name)

------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Farnardo Anderson I.D.# B42552 , has the sum of $ 1,021.26 on account to his/her credit at (name of institution) Dixon Correctional Center I further certify that the applicant has the following securities to his/her credit: unknown . I further certify that during the past six months the applicant's average monthly deposit was $ see attached (Add all deposits from all sources and then divide by number of months).

__7/1/08__
DATE

Nedra Chandler (sn)
_____
SIGNATURE OF AUTHORIZED OFFICER

Nedra Chandler
_____
(Print name)

rev. 7/18/02

-3-

**Trust Fund**

**Inmate Transaction Statement**

REPORT CRITERIA - Date: 12/30/2007 thru End;    Inmate: B42552;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: B42552 Anderson, Farnardo**         **Housing Unit: DIX-NE-27-19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 1,994.98 |
| 01/09/08 | Point of Sale | 60 Commissary | 009747 | 558635 | Commissary | -114.34 | 1,880.64 |
| 01/10/08 | AP Correction | 88 Gift | 010515 | Chk #77497 Voided | 88817717 - Shelton, Robertta | 50.00 | 1,930.64 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | ADV ICI P/R 12/07 | 361.24 | 2,291.88 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80819641, DOC: 523 Fund Inmate, Inv. Date: 12/21/2007 | -.41 | 2,291.47 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80819659, DOC: 523 Fund Inmate, Inv. Date: 12/21/2007 | -.41 | 2,291.06 |
| 01/18/08 | Disbursements | 88 Phone Bill | 018315 | Chk #78121 | 88822506, Patterson, Donisha, Inv. Date: 01/18/2008 | -50.00 | 2,241.06 |
| 01/18/08 | Disbursements | 88 Phone Bill | 018315 | Chk #78122 | 88822507, Shelton, Robertta, Inv. Date: 01/18/2008 | -200.00 | 2,041.06 |
| 01/24/08 | Point of Sale | 60 Commissary | 024726 | 560645 | Commissary | -49.91 | 1,991.15 |
| 02/07/08 | Mail Room | 01 MO/Checks (Not Held) | 038228 | 11535171186 | Day-Anderson, Jalen | 50.00 | 2,041.15 |
| 02/07/08 | Mail Room | 01 MO/Checks (Not Held) | 038228 | 11535171197 | Anderson, Jawanza | 50.00 | 2,091.15 |
| 02/07/08 | Mail Room | 01 MO/Checks (Not Held) | 038228 | 11535171175 | Day-Anderson, Jacobi | 50.00 | 2,141.15 |
| 02/08/08 | Point of Sale | 60 Commissary | 039724 | 562239 | Commissary | -105.94 | 2,035.21 |
| 02/14/08 | Disbursements | 88 Birth Certificate | 045315 | Chk #78501 | 88824165, Cook County Clerk, Inv. Date: 02/05/2008 | -12.00 | 2,023.21 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045115 | | ADV ICI P/R 1/08 | 283.01 | 2,306.22 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80822506, DOC: 523 Fund Reimbu, Inv. Date: 01/18/2008 | -3.06 | 2,303.16 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80822507, DOC: 523 Fund Reimbu, Inv. Date: 01/18/2008 | -3.06 | 2,300.10 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80822580, DOC: 523 Fund Reimbu, Inv. Date: 01/22/2008 | -1.23 | 2,298.87 |
| 02/22/08 | Point of Sale | 60 Commissary | 053726 | 563983 | Commissary | -176.73 | 2,122.14 |
| 02/25/08 | Disbursements | 88 Phone Bill | 056315 | Chk #78738 | 88826636, Anderson, Brenda, Inv. Date: 02/25/2008 | -300.00 | 1,822.14 |
| 03/06/08 | AP Correction | 88 Birth Certificate | 066515 | Chk #78501 Voided | 88824165 - Cook County Clerk | 12.00 | 1,834.14 |
| 03/07/08 | Point of Sale | 60 Commissary | 067726 | 565530 | Commissary | -124.16 | 1,709.98 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074115 | | P/R month of 02/2008 | 3.40 | 1,713.38 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074115 | | ADV ICI P/R 2/08 | 58.86 | 1,772.24 |
| 03/14/08 | Disbursements | 80 Postage | 074315 | Chk #79045 | 80826636, DOC: 523 Fund Inmate, Inv. Date: 02/25/2008 | -2.65 | 1,769.59 |
| 03/14/08 | Disbursements | 80 Postage | 074315 | Chk #79045 | 80827741, DOC: 523 Fund Inmate, Inv. Date: 03/06/2008 | -2.87 | 1,766.72 |
| 03/21/08 | Disbursements | 88 Birth Certificate | 081315 | Chk #79138 | 88829364, Cook County Clerk, Inv. Date: 03/21/2008 | -15.00 | 1,751.72 |
| 03/21/08 | Disbursements | 88 Gift | 081315 | Chk #79180 | 88829511, Anderson, Brenda, Inv. Date: 03/21/2008 | -350.00 | 1,401.72 |
| 03/21/08 | Point of Sale | 60 Commissary | 081726 | 567239 | Commissary | -79.95 | 1,321.77 |
| 03/27/08 | AP Correction | 88 Phone Bill | 087515 | Chk #78122 Voided | 88822507 - Shelton, Robertta | 200.00 | 1,521.77 |
| 04/15/08 | Point of Sale | 60 Commissary | 106747 | 568996 | Commissary | -135.03 | 1,386.74 |
| 04/16/08 | Payroll | 20 Payroll Adjustment | 107115 | | P/R month of 03/2008 | 10.00 | 1,396.74 |
| 04/16/08 | Disbursements | 84 Library | 107315 | Chk #79584 | 84830599, DOC: 523 Fund Inmate, Inv. Date: 04/02/2008 | -.70 | 1,396.04 |
| 04/16/08 | Disbursements | 80 Postage | 107315 | Chk #79584 | 80829364, DOC: 523 Fund Inmate, Inv. Date: 03/21/2008 | -.41 | 1,395.63 |
| 04/16/08 | Disbursements | 80 Postage | 107315 | Chk #79584 | 80829511, DOC: 523 Fund Inmate, Inv. Date: 03/21/2008 | -5.21 | 1,390.42 |
| 04/16/08 | Disbursements | 81 Legal Postage | 107315 | Chk #79584 | 81830408, DOC: 523 Fund Inmate, Inv. Date: 04/01/2008 | -.58 | 1,389.84 |
| 04/25/08 | Point of Sale | 60 Commissary | 116726 | 570705 | Commissary | -53.55 | 1,336.29 |
| 04/30/08 | AP Correction | 88 Gift | 121515 | Chk #77646 Voided | 88819659 - Shelton, Robertta | 100.00 | 1,436.29 |

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 12/30/2007 thru End;    Inmate: B42552;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

Inmate: B42552 Anderson, Farnardo                    Housing Unit: DIX-NE-27-19

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/05/08 | Point of Sale | 60 Commissary | 126726 | 570868 | Commissary | -108.33 | 1,327.96 |
| 05/15/08 | Payroll | 20 Payroll Adjustment | 136115 | | P/R month of 04/2008 | 10.00 | 1,337.96 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80092 | 80834302, DOC: 523 Fund Inmate, Inv. Date: 05/07/2008 | -3.28 | 1,334.68 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80092 | 80835424, DOC: 523 Fund Inmate, Inv. Date: 05/15/2008 | -.84 | 1,333.84 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80092 | 80833267, DOC: 523 Fund Inmate, Inv. Date: 04/30/2008 | -.82 | 1,333.02 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80092 | 80831928, DOC: 523 Fund Inmate, Inv. Date: 04/17/2008 | -1.64 | 1,331.38 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80092 | 80834866, DOC: 523 Fund Inmate, Inv. Date: 05/09/2008 | -.41 | 1,330.97 |
| 05/16/08 | AP Correction | 80 Postage | 137515 | Chk #80092 Voided | 80831928 - DOC: 523 Fund Inmat | 1.64 | 1,332.61 |
| 05/16/08 | AP Correction | 80 Postage | 137515 | Chk #80092 Voided | 80833267 - DOC: 523 Fund Inmat | .82 | 1,333.43 |
| 05/16/08 | AP Correction | 80 Postage | 137515 | Chk #80092 Voided | 80834302 - DOC: 523 Fund Inmat | 3.28 | 1,336.71 |
| 05/16/08 | AP Correction | 80 Postage | 137515 | Chk #80092 Voided | 80834866 - DOC: 523 Fund Inmat | .41 | 1,337.12 |
| 05/16/08 | AP Correction | 80 Postage | 137515 | Chk #80092 Voided | 80835424 - DOC: 523 Fund Inmat | .84 | 1,337.96 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80093 | 80834302, DOC: 523 Fund Inmate, Inv. Date: 05/07/2008 | -3.28 | 1,334.68 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80093 | 80831928, DOC: 523 Fund Inmate, Inv. Date: 04/17/2008 | -1.64 | 1,333.04 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80093 | 80833267, DOC: 523 Fund Inmate, Inv. Date: 04/30/2008 | -.82 | 1,332.22 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80093 | 80835424, DOC: 523 Fund Inmate, Inv. Date: 05/15/2008 | -.84 | 1,331.38 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80093 | 80834866, DOC: 523 Fund Inmate, Inv. Date: 05/09/2008 | -.41 | 1,330.97 |
| 05/19/08 | Point of Sale | 60 Commissary | 140747 | 572176 | Commissary | -151.14 | 1,179.83 |
| 06/02/08 | Point of Sale | 60 Commissary | 154724 | 574157 | Commissary | -81.00 | 1,098.83 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165115 | | P/R month of 05/2008 | 10.00 | 1,108.83 |
| 06/16/08 | Disbursements | 80 Postage | 168315 | Chk #80572 | 80837830, DOC: 523 Fund Inmate, Inv. Date: 06/10/2008 | -1.68 | 1,107.15 |
| 06/16/08 | Disbursements | 80 Postage | 168315 | Chk #80572 | 80838150, DOC: 523 Fund Inmate, Inv. Date: 06/12/2008 | -.42 | 1,106.73 |
| 06/16/08 | Disbursements | 80 Postage | 168315 | Chk #80572 | 80837082, DOC: 523 Fund Inmate, Inv. Date: 06/02/2008 | -.59 | 1,106.14 |
| 06/16/08 | Point of Sale | 60 Commissary | 168732 | 575406 | Commissary | -79.88 | 1,026.26 |

| | |
|---|---|
| Total Inmate Funds: | 1,026.26 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 5.00 |
| Funds Available: | 1,021.26 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |